## FIRST NAT. BANK OF EUFAULA v. SOUTHERN SURETY CO.

No. 7649.—Opinion Filed Nov. 28, 1916.

(161 Pac. 540.)

**Other Decision Followed.**

Same as in First Nat. Bank v. Southern Surety Co., 61 Oklahoma, 161 Pac. 539.

(Syllabus by Hooker, C.)

Error from Superior Court, Muskogee County; H. C. Thurman, Judge.

Action between the First National Bank of Eufaula and the Southern Surety Company.

From the judgment, the Bank brings error. Affirmed.

Turner & Turner and Carl W. Gust, for plaintiff in error.

Wm. T. Hutchings and Stanard, Wahl & Ennis, for defendant in error.

Opinion by HOOKER, C. Under the authority of Rockwell Bros. v. Keatley, 51 Okla. 783, 152 Pac. 449, and First National Bank of Eufaula v. Southern Surety Co.,ante, p. 308, 161 Pac. 539, this day decided by this court, this cause is affirmed.

By the Court: It is so ordered.